THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES R. BLANC, Appellant.— Judgment of conviction unanimously affirmed. (Appeal from judgment of Genesee County Court convicting defendant of criminal negligence in the operation of a motor vehicle.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM LEE PURDUE, Appellant.— Order unanimously affirmed. (Appeal from order of Erie Special Term denying a motion to vacate a judgment of conviction of May 5, 1955, without a hearing.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL JAMES McCULLOUGH, Appellant.— Order unanimously affirmed. (Appeal from order of Onondaga County Court denying a motion to vacate a judgment of conviction on the 20th day of December, 1956, for the crime of grand larceny, in the first degree.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD STOCK, Appellant, v. CHRISTOPHER F. TERRENCE, as Director of Rochester State Hospital, Respondent. (No. 1.) — Order unanimously affirmed, without costs of this appeal to either party. (Appeal from order of Monroe Special Term quashing the writ of habeas corpus and dismissing the petition, and remanding relator to the custody of the respondent.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD STOCK, Appellant, v. CHRISTOPHER F. TERRENCE, as Director of Rochester State Hospital, Respondent. (No. 2.) — Order unanimously affirmed, without costs of this appeal to either party. (Appeal from order of Monroe Special Term quashing the writ of habeas corpus and dismissing the petition, and remanding the relator to the custody of the respondent.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

HAMILTON COLLEGE SEWER DISTRICT, Respondent, v. JOHN G. JOSEPH et al., Appellant.— Order unanimously affirmed, without costs of this appeal to either party. (Appeal by defendants from an amended final order of Oneida Special Term, confirming the report of the Commissioners and awarding defendants the sum of $16,900, together with an extra allowance.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALBERT A. NEVEROSKY, Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent.— Order unanimously affirmed, without costs of this appeal to either party. (Appeal from order of Wyoming County Court dismissing the writ of habeas corpus and remanding relator to the custody of the Warden of Attica Prison.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

ERIE COUNTY BOARD OF SOCIAL WELFARE, Respondent, v. NATHANIEL GOLDSMITH, Appellant.— Order unanimously affirmed, without costs of this appeal to either party. (Appeal from order of Erie Children's Court adjudging defendant to be father of the infant child of complainant and directing him to pay for its support, in a filiation proceeding.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.